# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Elsie M. Mayard,                                              Civil No. 05-1058 (RHK/JSM)

         Plaintiff,                               **ORDER**

v.

Robert A. Dildine, Gary B. Crawford,

         Defendants.

---

Defendants' Motion to Dismiss under Rule 12 (Doc. No. 10) is **REFERRED** to Magistrate Judge Janie S. Mayeron for a recommended disposition and the February 7, 2006 hearing before the undersigned is **CANCELED**. Briefing with respect to the Motion to Dismiss shall be completed in accordance with the schedule in effect for a February 7, 2006 hearing date. Judge Mayeron will advise the parties if she desires oral argument.

Dated: December 28, 2005

                                                                 s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge