UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ELSIE M. MAYARD,                              Civil No. 05-1058 (RHK/JSM)

        Plaintiff,                           **ORDER**

v.

ROBERT A. DILDINE and
GARY B. CRAWFORD,

        Defendants.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 1, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Upon all the files, records and proceedings herein, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

2. Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's Motion for Summary Judgment (Doc. No. 19) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 27, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge

Dockets.Justia.com