# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Elsie M. Mayard,

          Plaintiff,                              Civil No. 05-1058 (RHK/JSM)

                                            **ORDER**

Robert A. Dildine, Gary B. Crawford,

          Defendants.

The Court's June 27, 2006, Order (Doc. No. 24) and Judgment (Doc. No. 25) are

each **VACATED**.

Plaintiff shall serve and file her Objections, if any, and supporting Memorandum

with respect to the June 1, 2006, Report and Recommendation on or before July 22, 2006.

Dated: July 7, 2006

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge

Dockets.Justia.com