**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Elsie M. Mayard,

        Plaintiff,                          Civil No. 05-1058 (RHK/JSM)

                                              **ORDER**

Robert A. Dildine, Gary B. Crawford,

        Defendants.

---

      Before the Court are Plaintiff's Objections to the June 1, 2006 Report and Recommendation of Magistrate Judge Janie S. Mayeron. The undersigned has conducted the required de novo review of the Objections and of the Report and Recommendation and is satisfied that Judge Mayeron's recommendations are fully supported by the factual record before her and controlling legal precedent; the Court will adopt the Report and Recommendation in its entirety.

      Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Objections (Doc. No. 28) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 23) is **ADOPTED**;

    3. Defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**; and

4.  Plaintiff's Motion for Summary Judgment (Doc. No. 19) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 27, 2006

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge